# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| JAGRUTIBEN PIYUSHKUMAR PATEL and ZEELKUMAR PIYUSHKUMAR PATEL, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | CASE NO.: 7:25-CV-01 (WLS) |
| UR JADDOU, Director of United States Citizenship and Immigration Services, | : : : | |
| Defendant. | : : | |

## ORDER

Before the Court is a Notice of Voluntary Dismissal (Doc. 6), filed by Plaintiffs on May 29, 2025. Therein, Plaintiffs notify the Court of the voluntary dismissal without prejudice of the above-captioned case, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

For the purpose of completing the record, the Court hereby acknowledges and **CONFIRMS** Plaintiffs' Notice of Voluntary Dismissal (Doc. 6). Therefore, the above-captioned action is **DISMISSED**, **WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED**, this 30th day of May 2025.

                                              /s/ W. Louis Sands
                                              **W. LOUIS SANDS, SR. JUDGE**
                                              **UNITED STATES DISTRICT COURT**